

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00825-CV

**IN THE INTEREST OF C.D.M. AND A.P., CHILDREN**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02692
The Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's parental termination order. Appellant's brief was due December 31, 2018. On January 2, 2018, appellant filed a motion for extension of time, asking for an additional twenty days in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file the brief in this court **on or before January 22, 2019.** *See* Tex. R. App. P. 4.1(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court